**Bartolo PENA, Jr., Appellant,**

v.

**C. M. WEST et al., Appellees.**

**SOUTHWEST TEXAS AGENCY, INC.,**
**Appellant,**

v.

**Bartolo PENA, Jr., Appellee.**

**No. 23924.**

United States Court of Appeals
Fifth Circuit.

April 28, 1967.

Rehearing Denied June 1, 1967.

Bob J. Spann, Corpus Christi, Tex., McDonald & Spann, Corpus Christi, Tex., for appellants.

R. W. Woolsey, Corpus Christi, Tex., Kleberg, Mobley, Lockett & Weil, Corpus Christi, Tex., for appellees.

Before THORNBERRY, GOLDBERG and DYER, Circuit Judges.

PER CURIAM.

Bartolo Pena, a member of the crew of the vessel TYPHOON, suffered an injury to his back while ascending a passageway from the engineroom to the deck. Pena sued the vessel owner, Southwest Texas Agency, Inc. The District Court in a non-jury trial found that the vessel was seaworthy and that there was no negligence. The Court awarded Pena $3,450.00 for past and future maintenance and cure.

A careful review of the record convinces us that the findings of fact made by the District Court are not clearly erroneous. McAllister v. United States, 1954, 348 U.S. 19, 75 S.Ct. 6, 99 L.Ed. 20; Stephens v. Osaka Mercantile Steamship Company, Ltd. et al., 5 Cir., 1964, 328 F.2d 604.

Southwest Texas Agency, Inc.'s ore tenus motion to withdraw its cross appeal is granted. Accordingly, the judgment of the District Court is

Affirmed.

**Bettie MURPHY and Lloyd Murphy, Her Husband, and Lloyd Murphy, in His Own Right, Appellants,**

v.

**HELENA RUBENSTEIN COMPANY, a Corporation of the State of New York, and H. J. Titus, Inc., a Corporation of the State of New York, Jointly, Severally and/or in the Alternative.**

**No. 16202.**

United States Court of Appeals
Third Circuit.

Argued March 30, 1967.

Decided April 17, 1967.

Mario A. Iavicoli, Camden, N. J. (Arthur E. Ballen, Camden, N. J., on the brief), for appellants.

Sidney P. McCord, Jr., Haddonfield, N. J. (McCord, Farrell, Eynon & Munyon, Haddonfield, N. J., on the brief), for appellees.

Before KALODNER and SEITZ, Circuit Judges, and BODY, District Judge.

OPINION OF THE COURT

PER CURIAM.

On review of the record we find no error. The Order of the District Court will be affirmed.